### No. 100

### AMOS v. AMOS

Ohio Appeals, 6th Dist., Wood Co.
No. 326-327.   Decided Nov. 24, 1924

**413. DIVORCE AND ALIMONY—A decree covering the custody of a minor child is not appealable.**

CHITTENDEN, J.

Epitomized Opinion

Published only in Ohio Law Abstract

Mamie Amos brought an action against Ervin Amos to seek to obtain a divorce from him upon the ground of extreme cruelty and gross neglect of duty, together with alimony and custody of a minor child. Ervin filed a cross petition for a divorce. The common pleas found that he was entitled to a divorce and awarded the custody of the child to the wife, together with alimony for $500. The decree made provision that Ervin should have the custody of the child at stated occasions. Mamie appealed. In dismissing the appeal, the court of appeals held:

1. A judgment awarding the custody of children incident to a divorce proceeding is not appealable.

2. As the evidence does not show that the judgment was clearly and manifestly contrary to the evidence, a reviewing court cannot set aside the decree of the trial court.

Attorneys—Benjamin F. James, for plaintiff in error; S. W. Bowman, for defendant in error; both of Bowling Green.

### No. 101

### BENDLIN, et al. v. MILLER RUBBER CO.

Ohio Appeals, 6th Dist., Lucas Co. .
No. 1479.   Decided Dec. 8, 1924

**587. GUARANTY—Guarantors on continuing guaranty limited to sum stated held not relieved from liability unless limiting total indebtedness.**

RICHARDS, J.

Epitomized Opinion

Published only in Ohio Law Abstract

Reagan had been purchasing rubber from the Miller Rubber Co. and in order to obtain credit induced Adam Bendlin and Ottilie Bendlin to sign the guaranty. It was, in form, a continuing guaranty, the liability of the guarantors, however, being limited to the sum of $3,500. As Reagan defaulted in the payment for certain goods, which amounted to more than $3,500, the Miller Rubber Co. sued the guarantors. As both parties made a motion for a directed verdict, the court directed a verdict in favor of plaintiff in the amount of $1,868.07. The defendants prosecuted error. In sustaining the judgment, the court of appeals held:

1. The guarantors were not relieved from liability because the guaranty limited the sum to $3,500 as the guaranty contained no requirement that the total indebtedness should be limited to $3,500 or any other sum.

Attorneys—Eldon H. Young, for Bendlin, et al; Miller & Wall, for the Rubber Company; all of Toledo.